1026

GARY SMITH, *Appellant*, v. CLARK PUBLIC UTILITIES ET AL.,
*Respondents*.

Appeals from a judgment of the Superior Court for Clark County, No. 08-2-03709-0, Richard A. Melnick, J., entered January 21, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Lee, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.

THE STATE OF WASHINGTON, *Respondent*, v. RAMON GARCIA
MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50495-5, Vic L. VanderSchoor, J., entered June 28, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

PHILLIP KAIREZ ET AL., *Appellants*, v. BUDGET FUNDING I, LLC,
*Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-2-50124-1, Craig J. Matheson, J., entered April 20, 2012. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

*In the Matter of the Marriage of* DORIS BERG, *Respondent*,
and LOUIS BERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04673-9, Gregory P. Canova, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Lau and Spearman, JJ.